CT Corporation

**Service of Process Transmittal**
08/27/2020
CT Log Number 538162939

TO: Chris Dzbanski
Ford Motor Company
1 American Rd Whq 421-E6
Dearborn, MI 48126-2701

RE: **Process Served in California**

FOR: Ford Motor Company  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Sara B. Peraza, etc. and Joseph Parker, etc., Pltfs. vs. Ford Motor Company, etc., et al., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Cover Sheet |
| **COURT/AGENCY:** | San Luis Obispo County - Superior Court, CA<br>Case # 20CVP0280 |
| **NATURE OF ACTION:** | Product Liability Litigation - Lemon Law - 2019 Ford F-250, VIN 1FT7W2BT6ICEF93773 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/27/2020 at 14:15 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Michael H. Rosenstein<br>California Consumer Attorneys, P.c.<br>10900 Wilshire Blvd, Suite 300<br>Los Angeles, CA 90024<br>310-872-2600 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/28/2020, Expected Purge Date: 09/02/2020<br><br>Image SOP<br><br>Email Notification,  Chris Dzbanski  cdzbansk@ford.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



# PROCESS SERVER DELIVERY DETAILS

**Date:**              Thu, Aug 27, 2020

**Server Name:**        Jimmy Lizama

**Location:**          LOS ANGELES, CA-LA



| | |
|---|---|
| Entity Served | FORD MOTOR COMPANY |
| Agent Name | C T CORPORATION SYSTEM |
| Case Number | 20CVP-0280 |
| Jurisdiction | CA-LA |

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
SARA B. PERAZA, an individual and JOSEPH PARKER, an individual

| FOR OFFICE USE ONLY |
|---|
| **ELECTRONICALLY FILED** |
| **8/25/2020 11:18 AM** |
| SAN LUIS OBISPO SUPERIOR COURT BY: H. Esquivel, Deputy Clerk |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is: County of San Luis Obispo Superior Court<br>*(El nombre y dirección de la corte es):*<br>Paso Robles Branch, 901 Park Street, Paso Robles, CA 93446 | **CASE NUMBER**<br>*(Número del Caso):*<br>**20CVP-0280** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Sepehr Daghighian, Esq., CALIFORNIA CONSUMER ATTORNEYS, P.C.
10900 Wilshire Blvd, Suite 300, Los Angeles, CA 90024 – Tel: (310) 872-2600

/s/Michael Powell

| DATE: 8/25/2020 11:18 AM<br>*(Fecha)* | Clerk, by<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-0*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Ford Motor Company, a Delaware Corporation

under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
        ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
        ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
        ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |

**CALIFORNIA CONSUMER ATTORNEYS, P.C.**
Michael H. Rosenstein (SBN 169091)
mhr@calattorneys.com
Sepehr Daghighian (SBN 239349)
sd@calattorneys.com
Lauren C. Martin (SBN 315013)
lcm@calattorneys.com
10900 Wilshire Blvd, Suite 300
Los Angeles, CA 90024
Telephone: (310) 872-2600
Facsimile: (310) 730-7377

Attorneys for Plaintiffs,
**SARA B. PERAZA AND**
**JOSEPH PARKER**

**ELECTRONICALLY FILED**

**8/25/2020 11:18 AM**

SAN LUIS OBISPO SUPERIOR COURT
BY: _____
H. Esquivel, Deputy Clerk

## SUPERIOR COURT OF CALIFORNIA

## COUNTY OF SAN LUIS OBISPO

| | |
|---|---|
| SARA B. PERAZA, an individual and JOSEPH PARKER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 20CVP-0280<br>Unlimited Jurisdiction<br><br>**COMPLAINT**<br><br>1. **VIOLATION OF SONG-BEVERLY ACT - BREACH OF EXPRESS WARRANTY**<br>2. **VIOLATION OF SONG-BEVERLY ACT - BREACH OF IMPLIED WARRANTY**<br>3. **VIOLATION OF THE SONG-BEVERLY ACT SECTION 1793.2(b)** |

-1-
COMPLAINT

1  Plaintiffs, SARA B. PERAZA, an individual and JOSEPH PARKER, an individual, allege
2  as follows against Defendants FORD MOTOR COMPANY, a Delaware Corporation ("Ford Motor
3  Company"), and DOES 1 through 10 inclusive, on information and belief, formed after a reasonable
4  inquiry under the circumstances:

5  **DEMAND FOR JURY TRIAL**

6      1.    Plaintiffs, Sara B. Peraza and Joseph Parker, hereby demand trial by jury in this
7  action.

8  **GENERAL ALLEGATIONS**

9      2.    Plaintiffs, Sara B. Peraza and Joseph Parker, are individuals residing in the City of
10  San Miguel, State of California.

11      3.    Defendant Ford Motor Company is and was a Delaware Corporation operating and
12  doing business in the State of California.

13      4.    These causes of action arise out of the warranty obligations of Ford Motor Company
14  in connection with a vehicle purchased by Plaintiffs and for which Ford Motor Company issued a
15  written warranty.

16      5.    Plaintiffs do not know the true names and capacities, whether corporate, partnership,
17  associate, individual or otherwise of Defendant issued herein as Does 1 through 10, inclusive, under
18  the provisions of section 474 of the California Code of Civil Procedure. Defendant Does 1 through
19  10, inclusive, are in some manner responsible for the acts, occurrences and transactions set forth
20  herein, and are legally liable to Plaintiffs. Plaintiffs will seek leave to amend this Complaint to set
21  forth the true names and capacities of the fictitiously named Defendant, together with appropriate
22  charging allegations, when ascertained.

23      6.    All acts of corporate employees as alleged were authorized or ratified by an officer,
24  director, or managing agent of the corporate employer.

25      7.    Each Defendant, whether actually or fictitiously named herein, was the principal,
26  agent (actual or ostensible), or employee of each other Defendant, and in acting as such principal or
27  within the course and scope of such employment or agency, took some part in the acts and omissions
28  hereinafter set forth by reason of which each Defendant is liable to Plaintiffs for the relief prayed for

COMPLAINT

1   herein.

2         8.     On August 25, 2019, Plaintiffs purchased a new 2019 Ford F-250 from Paso Robles

3 Ford, located in Paso Robles in the County of San Luis Obispo, having VIN No.

4 1FT7W2BT6KEF93773 ("the Subject Vehicle"). Express warranties accompanied the sale of the

5 Subject Vehicle to Plaintiffs by which Ford Motor Company undertook to preserve or maintain the

6 utility or performance of Plaintiffs' vehicle or to provide compensation if there was a failure in such

7 utility or performance.

8         9.     The Subject Vehicle was delivered to Plaintiffs with serious defects and

9 nonconformities to warranty and developed other serious defects and nonconformities to warranty

10 including, but not limited to, an extremely serious and dangerous suspension problem impacting the

11 driver's ability to control the vehicle, commonly referred to as a "death wobble."

12        10.     Plaintiffs hereby revoke acceptance of the sales contract.

13        11.     Pursuant to the Song-Beverly Consumer Warranty Act (herein after the "Act") Civil

14 Code sections 1790 *et seq.* the Subject Vehicle constitutes "consumer goods" used primarily for

15 family or household purposes, and Plaintiffs have used the vehicle primarily for those purposes.

16        12.     Plaintiffs are a "buyer" of consumer goods under the Act.

17        13.     Defendant Ford Motor Company is a "manufacturer" and/or "distributor" under the

18 Act.

19        14.     To the extent that one or more class action lawsuits have been filed or are filed with

20 respect to the nonconformities affecting Plaintiffs' vehicle, without conceding the necessity of

21 supplying such notice, Plaintiffs hereby provides notice to Defendant and/or Defendant's agents of

22 Plaintiffs' intent to opt-out and be excluded from the settlement class of said class action lawsuit(s).

23        15.     Plaintiffs hereby demand trial by jury in this action.

24                    **FIRST CAUSE OF ACTION**

25       **Violation of the Song-Beverly Act – Breach of Express Warranty**

26        16.     Plaintiff incorporates herein by reference, each and every allegation contained in the

27 preceding and succeeding paragraphs as though herein fully restated and re-alleged.

28        17.     Express warranties accompanied the sale of the vehicle to Plaintiffs by which Ford

1 | Motor Company undertook to preserve or maintain the utility or performance of Plaintiffs' vehicle
2 | or to provide compensation if there was a failure in such utility or performance.

3 |      18.    The Subject Vehicle was delivered to Plaintiffs with serious defects and
4 | nonconformities to warranty and developed other serious defects and nonconformities to warranty
5 | including, but not limited to, an extremely serious and dangerous suspension problem impacting the
6 | driver's ability to control the vehicle, commonly referred to as a "death wobble."

7 |      19.    Pursuant to the Song-Beverly Consumer Warranty Act (herein after the "Act") Civil
8 | Code sections 1790 *et seq.* the vehicle constitutes "consumer goods" used primarily for family or
9 | household purposes, and Plaintiffs have used the Subject Vehicle primarily for those purposes.

10 |      20.    Plaintiffs are the "buyer" of consumer goods under the Act.

11 |      21.    Defendant Ford Motor Company is a "manufacturer" and/or "distributor" under the
12 | Act.

13 |      22.    The foregoing defects and nonconformities to warranty manifested themselves in the
14 | Subject Vehicle within the applicable express warranty period. The nonconformities substantially
15 | impair the use, value and/or safety of the vehicle.

16 |      23.    Plaintiffs delivered the vehicle to an authorized Ford Motor Company repair facility
17 | for repair of the nonconformities.

18 |      24.    Defendant was unable to conform Plaintiffs' vehicle to the applicable express after a
19 | reasonable number of repair attempts.

20 |      25.    Notwithstanding Plaintiffs' entitlement, Defendant Ford Motor Company has failed
21 | to either promptly replace the new motor vehicle or to promptly make restitution in accordance with
22 | the Song-Beverly Act.

23 |      26.    By failure of Defendant to remedy the defects as alleged above, or to issue a refund
24 | or replacement vehicle, Defendant is in breach of its obligations under the Song-Beverly Act.

25 |      27.    Under the Act, Plaintiffs are entitled to reimbursement of the price paid for the
26 | vehicle less that amount directly attributable to use by the Plaintiffs prior to the first presentation of
27 | the nonconformities.

28 |      28.    Plaintiffs are entitled to all incidental, consequential, and general damages resulting

-4-

COMPLAINT

1  from Defendant's failure to comply with its obligations under the Song-Beverly Act.

2       29.    Plaintiffs are entitled under the Song-Beverly Act to recover as part of the judgment

3  a sum equal to the aggregate amount of costs and expenses, including attorney's fees, reasonably

4  incurred in connection with the commencement and prosecution of this action.

5       30.    Because Defendant willfully violated the Song-Beverly Act, Plaintiffs are entitled in

6  addition to the amounts recovered, a civil penalty of up to two times the amount of actual damages

7  for Ford Motor Company's willful failure to comply with its responsibilities under the Act.

8  **SECOND CAUSE OF ACTION**

9  **Violation of the Song-Beverly Act – Breach of Implied Warranty**

10       31.    Plaintiffs incorporate herein by reference each and every allegation contained in the

11  preceding and succeeding paragraphs as though herein fully restated and re-alleged.

12       32.    Ford Motor Company and its authorized dealership at which Plaintiffs purchased the

13  Subject Vehicle had reason to know the purpose of the Subject Vehicle at the time of sale of the

14  Subject Vehicle.  The sale of the Subject Vehicle was accompanied by implied warranties provided

15  for under the law.

16       33.    Among other warranties, the sale of the Subject Vehicle was accompanied by an

17  implied warranty that the Subject Vehicle was merchantable pursuant to Civil Code section 1792.

18       34.    The Subject Vehicle was not fit for the ordinary purpose for which such goods are

19  used because it was equipped with one or more defective vehicle systems/components.

20       35.    The Subject Vehicle did not measure up to the promises or facts stated on the

21  container or label because it was equipped with one or more defective vehicle systems/components.

22       36.    The Subject Vehicle was not of the same quality as those generally acceptable in the

23  trade because it was sold with one or more defective vehicle systems/components which manifest as

24  an extremely serious and dangerous suspension problem impacting the driver's ability to control the

25  vehicle, commonly referred to as a "death wobble."

26       37.    Upon information and belief, the defective vehicle systems and components were

27  present at the time of sale of the Subject Vehicle; thus, extending the duration of any implied

28  warranty under *Mexia v. Rinker Boat Co., Inc.* (2009) 174 Cal.App.4th 1297, 1304–1305 and other

-5-

1    applicable laws.

2        38.    Plaintiffs are entitled to justifiably revoke acceptance of the Subject Vehicle under

3    Civil Code, section 1794, *et seq*;

4        39.    Plaintiffs hereby revoke acceptance of the Subject Vehicle.

5        40.    Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code,

6    section 1794, *et seq.*

7        41.    Plaintiffs are entitled to rescission of the contract pursuant to Civil Code, section

8    1794, *et seq.* and Commercial Code, section 2711.

9        42.    Plaintiffs are entitled to recover any incidental, consequential, and/or "cover"

10   damages under Commercial Code, sections 2711, 2712, and Civil Code, section 1794, *et seq.*

11   ### THIRD CAUSE OF ACTION

12   #### Violation of the Song-Berverly Act Section 1793.2(b)

13       43.    Plaintiffs incorporate herein by reference each and every allegation contained in the

14   preceding and succeeding paragraphs as though herein fully restated and re-alleged.

15       44.    Pursuant to Civil Code, section 1793.2, subdivision (a) a manufacturer that sells

16   consumer goods in California, for which it has made an express warranty, shall maintain service and

17   repair facilities or designate and authorize independent service and repair facilities to carry out the

18   terms of those warranties.

19       45.    Pursuant to Civil Code, section 1793.2, subdivision (b), when service and repair of

20   goods is necessary because they do not conform with the applicable express warranties, service and

21   repair shall be commenced within a reasonable time by the manufacturer or its representative.

22       46.    Civil Code, section 1793.2, subdivision (b) further states that goods shall be serviced

23   or repaired so as to conform to the applicable warranties within 30 days and/or within a reasonable

24   time.

25       47.    The sale of the Subject Vehicle was accompanied by express warranties, including a

26   warranty guaranteeing that the Subject Vehicle was safe to drive and not equipped with defective

27   parts, including the electrical system.

28       48.    Plaintiffs delivered the Subject Vehicle to Ford Motor Company's authorized service

1   representatives on multiple occasions. The Subject Vehicle was delivered for repairs of defects,

2   which amount to a nonconformities to the express warranties that accompanied the sale of the

3   Subject Vehicle.

4         49.    Defendant's authorized facilities did not conform the Subject Vehicle to warranty

5   within 30-days and/or commence repairs within a reasonable time and Ford Motor Company has

6   failed to tender the Subject Vehicle back to Plaintiffs in conformance with its warranties within the

7   timeframes set forth in Civil Code section 1793.2(b).

8         50.    Plaintiffs are entitled to justifiably revoke acceptance of the Subject Vehicle under

9   Civil Code, section 1794, *et seq*;

10        51.    Plaintiffs hereby revoke acceptance of the Subject Vehicle.

11        52.    Plaintiffs are entitled to replacement or reimbursement pursuant to Civil Code,

12  section 1794, *et seq.*

13.       53.    Plaintiffs are entitled to rescission of the contract pursuant to Civil Code section 1794,

14  *et seq.* and Commercial Code, section 2711.

15        54.    Plaintiffs are entitled to recover any "cover" damages under Commercial Code

16  sections 2711, 2712, and Civil Code, section 1794, *et seq.*

17        55.    Plaintiffs are entitled to recover all incidental and consequential damages pursuant to

18  1794 *et seq* and Commercial Code sections, 2711, 2712, and 2713 *et seq.*

19        56.    Plaintiffs are entitled in addition to the amounts recovered, a civil penalty of up to

20  two times the amount of actual damages in that Ford Motor Company has willfully failed to comply

21  with its responsibilities under the Act.

22  **PRAYER FOR RELIEF**

23      WHEREFORE, Plaintiffs prays for judgment against Defendants, as follows:

24  1.    For general, special and actual damages according to proof at trial;

25  2.    For rescission of the purchase contract and restitution of all monies expended;

26  3.    For diminution in value;

27  4.    For incidental and consequential damages according to proof at trial;

28  5.    For civil penalty in the amount of two times Plaintiffs' actual damages;

6.    For prejudgment interest at the legal rate;

7.    For reasonable attorney's fees and costs and expenses of suit; and

8.    For such other and further relief as the Court deems just and proper under the circumstances.

Dated:    August 25, 2020          **CALIFORNIA CONSUMER ATTORNEYS, P.C.**

_____
Michael H. Rosenstein, Esq.
Sepehr Daghighian, Esq.
Lauren C. Martin, Esq.
Attorneys for Plaintiffs,
**SARA B. PERAZA AND
JOSEPH PARKER**

Plaintiffs, **SARA B. PERAZA AND JOSEPH PARKER**, hereby demand trial by jury in this action.

-8-

COMPLAINT

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR OFFICE USE ONLY |
|---|---|

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Michael H. Rosenstein (SBN 169091) | Sepehr Daghighian (SBN 239349)
CALIFORNIA CONSUMER ATTORNEYS, P.C.
10900 Wilshire Blvd, Suite 300, Los Angeles, CA 90024
TELEPHONE NO.: (310) 872-2600    FAX NO.: (310) 730-7377
ATTORNEY FOR *(Name):* Plaintiffs: Sara B. Peraza and Joseph Parker

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Luis Obispo
STREET ADDRESS: 901 Park Street
MAILING ADDRESS: 901 Park Street
CITY AND ZIP CODE: Paso Robles, CA 93446
BRANCH NAME: Paso Robles Branch

CASE NAME:
Sara B. Peraza and Joseph Parker v. Ford Motor Company

**FOR OFFICE USE ONLY**

**ELECTRONICALLY
FILED**

8/25/2020 11:18 AM

SAN LUIS OBISPO SUPERIOR COURT
BY: _____
H. Esquivel, Deputy Clerk

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: 20CVP-0280 |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter  ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☑ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a.☑ monetary    b. ☐ nonmonetary; declaratory or injunctive relief    c. ☑ punitive
4. Number of causes of action *(specify):* 3
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: August 25, 2020

Sepehr Daghighian, Esq.
(TYPE OR PRINT NAME)                                   ► _____
                                                        (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]      **CIVIL CASE COVER SHEET**      Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

CM-010

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
Uninsured Motorist (46) *(if the
    case involves an uninsured
    motorist claim subject to
    arbitration, check this item
    instead of Auto)*

**Other PI/PD/WD (Personal Injury/
Property Damage/Wrongful Death)
Tort**
Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
        Wrongful Death
Product Liability *(not asbestos or
    toxic/environmental)* (24)
Medical Malpractice (45)
    Medical Malpractice–
        Physicians & Surgeons
    Other Professional Health Care
        Malpractice
Other PI/PD/WD (23)
    Premises Liability (e.g., slip
        and fall)
    Intentional Bodily Injury/PD/WD
        (e.g., assault, vandalism)
    Intentional Infliction of
        Emotional Distress
    Negligent Infliction of
        Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
    Practice (07)
Civil Rights (e.g., discrimination,
    false arrest) *(not civil
    harassment)* (08)
Defamation (e.g., slander, libel)
    (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
        *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
    Breach of Rental/Lease
        Contract *(not unlawful detainer
        or wrongful eviction)*
    Contract/Warranty Breach–Seller
        Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
        Warranty
    Other Breach of Contract/Warranty
Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
        Case
Insurance Coverage *(not provisionally
    complex)* (18)
    Auto Subrogation
    Other Coverage
Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
    Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent
    domain, landlord/tenant, or
    foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal
    drugs, check this item; otherwise,
    report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
        Case Matter
    Writ–Other Limited Court Case
        Review
Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
        Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal.
Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
    *(arising from provisionally complex
    case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
    Abstract of Judgment (Out of
        County)
    Confession of Judgment *(non-
        domestic relations)*
    Sister State Judgment
    Administrative Agency Award
        *(not unpaid taxes)*
    Petition/Certification of Entry of
        Judgment on Unpaid Taxes
    Other Enforcement of Judgment
        Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified
    above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-
        harassment)*
    Mechanics Lien
    Other Commercial Complaint
        Case *(non-tort/non-complex)*
    Other Civil Complaint
        *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
    Governance (21)
Other Petition *(not specified
    above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
        Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
        Claim
    Other Civil Petition

**CIVIL CASE COVER SHEET**